UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES CHAVEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN GAMBOA, Warden,<br><br>　　　　　Respondent. | No.  1:22-cv-00920-JLT-SKO (HC)<br><br>**ORDER DIRECTING CLERK OF COURT TO PROVIDE PETITIONER A COPY OF RESPONDENT'S MOTION TO DISMISS**<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION**<br><br>**[30-DAY DEADLINE]** |

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 7, 2022, Petitioner filed the instant habeas petition. (Doc. 1.)  On July 28, 2022, the Court issued an order directing Respondent to file a response to the petition. (Doc. 9.)  Respondent filed a motion to dismiss the petition on September 26, 2022.  (Doc. 11.)  On October 11, 2022, Petitioner filed a notice stating he had not received Respondent's motion.  (Doc. 15.)  He also requests an extension of time to file an opposition to the motion.  In the interest of judicial economy, the Court will direct the Clerk of Court to provide Petitioner a copy of the motion.

**ORDER**

Accordingly, the Court HEREBY ORDERS:

1)　　　　The Clerk of Court is DIRECTED to provide Petitioner with a copy of

Respondent's motion to dismiss (Doc. 11.); and

    2)     Petitioner is GRANTED thirty (30) days from the date of service of this Order to file an opposition to the motion.

IT IS SO ORDERED.

Dated:   **October 12, 2022**            /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE