UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES CHAVEZ, ) <br> ) <br>           Petitioner-Appellant, ) <br> ) <br> vs. ) <br> ) <br> MARTIN GAMBOA, ) <br> ) <br>           Respondent-Appellee. ) <br> ) | Case No.: 1:22-CV-00920-1-JLT; <br> Appeal No.: 23-15268 <br><br> **ORDER APPOINTING COUNSEL** |

The petitioner has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS:**

1. Elizabeth Richardson-Royer is appointed to represent the above defendant in this case effective *nunc pro tunc* to May 13, 2024 on appeal. This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated: **May 14, 2024**

UNITED STATES DISTRICT JUDGE