UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES CHAVEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MARTIN GAMBOA,<br><br>　　　　Respondent. | Case No.: 1:22-cv-00920-JLT-SKO (HC)<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO SEAL AND SEALING DOCUMENTS<br><br>[Doc. 34] |

　　　For good cause shown, Respondent's Request to Seal Documents is hereby GRANTED. The following documents shall be maintained under seal: Middleton Report 1; Middleton Report 2; Mental Health Records 1; Mental Health Records 2; and Respondent's Supplemental Briefing on Equitable Tolling in Response to Court Order.

IT IS SO ORDERED.

Dated: __September 12, 2025__　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1