HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
ULISES CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES CHAVEZ,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>MARTIN GAMBOA,<br><br>　　　　　Respondent. | Case No. 1:22-cv-00920-JLT-SKO<br><br>**ORDER SEALING DOCUMENTS** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Petitioner Ulises Chavez's Response to Respondent's Supplemental Briefing on Equitable Tolling in Response to Court Order and Request for Evidentiary Hearing shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:   **November 7, 2025**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE