UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES CHAVEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN GAMBOA,<br><br>　　　　　Respondent. | Case No.: 1:22-cv-00920-JLT-SKO (HC)<br><br>ORDER SETTING EVIDENTIARY HEARING TO DETERMINE DISPUTED ISSUES OF FACT REGARDING EQUITABLE TOLLING |

　　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On November 10, 2025, the Court issued an order expanding the record and granting Petitioner's request for an evidentiary hearing. (Doc. 46.) The Court found it necessary to hold an evidentiary hearing to determine the facts concerning Petitioner's claim for equitable tolling based on Petitioner's mental health.

　　　　To resolve the disputes of fact, the Court sets an evidentiary hearing before the undersigned on **Tuesday, August 4, 2026, at 8:30 a.m.** in Courtroom 7. A separate order and writ of habeas corpus ad testificandum for Petitioner will be issued as the hearing approaches. The parties shall arrange to bring and present their witnesses and evidence during the evidentiary hearing.

1

Any unincarcerated witnesses may appear voluntarily without further order of the Court. To the extent that the parties seek to have incarcerated witnesses appear for the evidentiary hearing, all motions for the attendance of incarcerated witnesses must be filed on or before **June 16, 2026**. The witnesses must have relevant evidence regarding the issues described above. The motion should be entitled "Motion for Attendance of Witnesses." The motion must: (1) state the name, address, and prison identification number (if any) of each witness to be called; (2) explain what relevant information each witness has, and how that witness has personal knowledge of the relevant information; and (3) state whether each such witness is willing to voluntarily testify. Any opposition to a motion for the attendance of incarcerated witnesses must be filed on or before **June 23, 2026**.

No later than **July 7, 2026**, the parties shall confer regarding the witnesses to be called and the evidence to be presented at the hearing. No later than **July 14, 2026**, each party shall file and serve a witness list. The parties shall be prepared to submit exhibits in proper form at the evidentiary hearing, with proper foundation. The original and two copies of all exhibits, along with exhibit lists, shall be submitted to Courtroom Deputy Wendy Kusamura no later than **July 21, 2026**. Petitioner's exhibits shall be pre-marked using numbers beginning with 1 (e.g., 1, 2, etc.). Respondent's exhibits must be pre-marked using letters beginning with A (e.g., A, B, C … AA, BB, CC … AAA, BBB, CCC, etc.).

IT IS SO ORDERED.

Dated:   **December 10, 2025**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE