UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ULISES CHAVEZ,

Petitioner,

v.

MARTIN GAMBOA,

Respondent.

No. 1:22-cv-00920-JLT-EGC (HC)

ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE, JUAN CARLOS MARQUEZ, CDCR # AX-5393

(Doc. 80)

On July 14, 2026, the Court issued a writ of habeas corpus ad testifcandum directing the Warden of Avenal State Prison (ASP) to produce inmate Juan Carlos Marquez, CDCR # AX-5393, before this Court to testify at the evidentiary hearing set to begin on August 4, 2026. (Doc. 80). Subsequently, counsel for Petitioner advised the Court's courtroom deputy that Petitioner no longer intends to call Juan Carlos Marquez as a witness. Counsel for Respondent likewise advised the Court's courtroom deputy that Respondent does not intend to call Juan Carlos Marquez.

Because no party seeks the testimony of Juan Carlos Marquez, the writ of habeas corpus ad testificandum as to this inmate is **HEREBY DISCHARGED**.

The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at ASP at (559) 386-2337.

IT IS SO ORDERED.

Dated: **July 14, 2026**

Erin Sanchez Castillo

UNITED STATES MAGISTRATE JUDGE