# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ULISES CHAVEZ,

Petitioner,

v.

MARTIN GAMBOA,

Respondent.

_______________________________/

Case No. 1:22-cv-00920-JLT-EGC (HC)

**AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**Ulises Chavez**, CDCR # AG-0798, a necessary and material witness at an evidentiary hearing in this case commencing on August 4, 2026, is confined in Avenal State Prison (ASP), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear **in person** before Magistrate Judge Erin Guy Castillo, in Courtroom 7 at the United States District Court for the Eastern District of California, 2500 Tulare Street, Fresno, California, on **August 4, 2026, at 8:30 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **in person**, to testify in the United States District Court at the time and place above, until completion of the court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at ASP at (559) 386-2337.

4. Any difficulties shall immediately be reported to Wendy Kusamura, Courtroom Deputy, at wkusamura@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, ASP, P. O. Box 8, Avenal, California 93204:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Castillo at the time and place above, **in person**, until completion of the evidentiary hearing or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **July 16, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE