UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES CHAVEZ,<br>Petitioner,<br>v.<br>MARTIN GAMBOA,<br>Respondent. | No. 1:22-cv-00920-JLT-EGC (HC)<br>**ORDER GRANTING REQUEST TO USE PLEADINGS AND ORDERS FILED IN THIS CASE AT EVIDENTIARY HEARING**<br>(Doc. 73) |

## I. INTRODUCTION

Before the Court is Respondent's request that the parties be permitted to reference and use the pleadings and orders filed in this case at the evidentiary hearing scheduled to begin August 4, 2026, without separately filing those pleadings and orders as exhibits. (Doc. 73). Respondent represents that Petitioner opposes the request. (Doc. 73 at 1 n.1). However, Petitioner later stated he had no opposition at the July 8, 2026 status conference, and no written opposition has since been filed. For the reasons set forth below, the request is GRANTED.

## II. LEGAL STANDARD

A district court has broad discretion to control the mode and order of presenting evidence so as to make the proceeding effective for determining the truth and to avoid wasting time. *See* Fed. R. Evid. 611(a).

/ / /

## III. DISCUSSION

Respondent's request is a practical one. The pleadings and orders in this case are already on the docket, are readily identifiable by title and docket number, and are familiar to both parties and to the Court. Requiring the parties to re-file those same documents as hearing exhibits would effectively generate a duplicate docket without adding anything to the record.

Respondent further observes that reference to a pleading is preferable to its admission as an exhibit, because moving an exhibit into evidence may carry the implication that the assertions the exhibit contains have been established. (Doc. 73 at 2). That concern is well taken. Permitting reference to filings on the docket does not convert the factual assertions within those filings into evidence.

## IV. CONCLUSION

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Respondent's Request to Use Pleadings and Orders Filed in This Case at the Evidentiary Hearing (Doc. 73) is **GRANTED**.
2. At the evidentiary hearing, either party may reference and use any pleading or order filed in this case, without separately filing or offering that document as an exhibit. However, this Order does not convert any factual assertion contained in a pleading or other filing into evidence. Further, a party intending to examine a witness regarding a document on the docket shall have a legible copy of that document available at the hearing for the witness, opposing counsel, and the Court.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE